**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 22-6494

JOSEY RAY EDWARDS,

              Plaintiff - Appellant,

        v.

JUETTE RENALDS, individual and official capacity; BRANDON HURT, individual and official capacity,

              Defendants - Appellees,

        and

EARNEST VIAR, JR., individual and official capacity; S. C. REED, individual and official capacity; D. L. COUCH, individual and official capacity; T. C. CLEMENTS, individual and official capacity; R. CLAY OVERHOLT, individual and official capacity; RYAN ZUIDEMA, Chief of Police, Lynchburg, individual and official capacity; INV. ELLIOTT, individual and official capacity; VSP INTERNAL AFFAIRS DIVISION SUPERVISOR, individual and official capacity,

              Defendants.

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  Thomas T. Cullen, District Judge.  (7:19-cv-00765-TTC-RSB)

Submitted:  July 25, 2023                                Decided:  July 27, 2023

Before WYNN and HEYTENS, Circuit Judges, and FLOYD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

————————————————

Josey Ray Edwards, Appellant Pro Se.  Nathan Henry Schnetzler, FRITH, ANDERSON & PEAKE, PC, Roanoke, Virginia, for Appellees.

————————————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Josey Ray Edwards appeals the district court's orders denying Edwards' request to appoint counsel, granting in part Defendants' motions to dismiss, and granting Defendants summary judgment in Edwards' 42 U.S.C. § 1983 action. Upon review of the record, we discern no reversible error. Accordingly, we affirm the district court's final order. *Edwards v. Renalds*, No. 7:19-cv-00765-TTC-RSB (W.D. Va. Mar. 23, 2022). We deny Edwards' motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

3